

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

June 3, 2021

**APPLICATION GRANTED**

*Hon. Katharine H. Parker, U.S.M.J.*
**06/03/2021**

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

                Re:  Francis Mauricio v. Comm'r of Soc. Sec.
                     21 Civ. 0572 (AT) (KHP)

Dear Judge Parker:

       This office represents the defendant Commissioner of Social Security in the above-referenced case. Pursuant to the schedule in this case, the administrative record is due on June 7, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until August 6, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

                                      Respectfully,

                                      AUDREY STRAUSS
                                      United States Attorney

                     By:        s/  *Susan D. Baird*
                            SUSAN D. BAIRD
                            Assistant United States Attorney
                            tel. (212) 637-2713
                            Susan.Baird@usdoj.gov

cc:    Daniel Berger, Esq.